**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

IN RE: CONDEMNATION OF EASEMENT : No. 94 MAL 2016
AND RIGHT OF WAY ACROSS LANDS :
OF CURTIS R. LAUCHLE AND TERRI L. :
LAUCHLE, HUSBAND AND WIFE, BY : Petition for Allowance of Appeal from
UGI PENN NATURAL GAS, INC. FOR : the Order of the Commonwealth Court
PUBLIC PURPOSES :
:
:
:
PETITION OF: CURTIS R. AND TERRI L. :
LAUCHLE :

## ORDER

**PER CURIAM**

    **AND NOW**, this 27th day of June, 2016, the Petition for Allowance of Appeal is

**DENIED**.